**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

THADDEUS SOUTHALL,

    Movant,

vs.

UNITED STATES OF AMERICA.

No. 13-CV-2075-LRR
No. 13-CR-2006-LRR

**ORDER**

_____

The matter before the court is Thaddeus Southall's ("the movant") motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 ("motion") (civil docket no. 1). The movant filed the motion on October 28, 2013. On July 9, 2014, the court scheduled an evidentiary hearing on the movant's sole claim that he was denied effective assistance of counsel when his attorney failed to file a notice of appeal. July 9, 2014 Order (civil docket no. 8). On August 12, 2014, the movant withdrew his claim that counsel was ineffective for failing to appeal. *See* Notice (docket no. 9) at 1. Therefore, the movant's claim is dismissed and his 28 U.S.C. § 2255 motion (civil docket no. 1) is **DENIED**. A certificate of appealability is **DENIED**.

Additionally, in light of the movant's withdrawal of his claim, the evidentiary hearing scheduled for August 14, 2014 is **CANCELED**.

**IT IS SO ORDERED.**

**DATED** this 12th day of August, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA